PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SILVIA GARCIA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ZURU, LLC, a California limited liability company,

Defendant.

Case No. 5:25-cv-01908-MCS-AJR

**NOTICE OF LODGING REDLINE VERSION OF FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Silvia Garcia, hereby lodges the attached redline version of the First Amended Complaint, pursuant to the Court's October 23, 2025, Order, Docket No. 13.

Dated: October 24, 2025

PACIFIC TRIAL ATTORNEYS, APC

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorneys for Plaintiff