**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZURU, LLC, a California limited liability company,<br><br>                    Defendant. | Case No. 5:25-cv-01908-MCS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that this case is dismissed. Plaintiff Silvia Garcia's claims for injunctive relief are dismissed without prejudice for lack of standing. Plaintiff's claims are otherwise dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_Mark C. Scarsi_
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1